CLUTTER, S.

v.

BROWN, A.

**Appeal of: Gallant, B.**

**1484 WDA 2016**

Superior Court of Pennsylvania.

09/21/2017

No. AD–68–2014 (Greene)

Affirmed

CLUTTER, S.

v.

BROWN, A.

**Appeal of: Gemmell, J.**

**1542 WDA 2016**

Superior Court of Pennsylvania.

09/21/2017

Case No. 68 AD 2014 (Greene)

Affirmed

IN RE: N.H., a minor,

**Appeal of: S.A.**

**73 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–02–AP–040–2016 (Allegheny)
Affirmed

**IN RE: N.H., a minor,**

**Appeal of: A.H.**

**90 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–02–AP–040–2016 (Allegheny)
Affirmed

**COM.**

v.

**CLELLAND, N.**

**136 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–02–CR–0000989–2015,    CP–02–CR–0016877–2014 (Allegheny)

Affirmed